UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

APRIL MILEWSKI, As Personal Representative of the ESTATE OF FREDERICK MILEWSKI,

Case No.: 3:14-cv-01496-RL-JEM

Plaintiff,

-v-

UNITED STATES OF AMERICA

Defendant.

## STIPULATION TO DISMISS

The parties, by counsel, and pursuant to Trial Rule 41(A)(1)(b), hereby stipulate to the dismissal of Defendant, United States of America, with prejudice, and with each party bearing its own cost.

*Attorney for Plaintiff:*

 /s/  Michael P. Misch
Michael P. Misch         (#27970-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
Telephone: (574) 288-1510

*Attorney for Defendant:*

 /s/   Deborah M. Leonard
Deborah M. Leonard  (_____)
E. Ross Adair Federal Building
1300 South Harrison Street, Room 3128
Fort Wayne, IN  46802